IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01907-PAB-KMT

ELECTROLOGY LABORATORY, INC., d/b/a ROCKY MOUNTAIN LASER COLLEGE, a Colorado corporation,

    Plaintiff,

v.

LARRY PAUL KUNZE a/k/a Lorenzo Kunze and Lorenzo Blackstone Kunze, M.E., d/b/a American Laser College and The Laser College,
LARRY PAUL KUNZE, JR., a/k/a Lorenzo Kunze, Jr.,
ROCK CREEK LASER & ESTHETICS INSTITUTE, a delinquent Colorado corporation,
BARELASER LLC, a Colorado Limited Liability Company, and
RETHINK THE INK, LLC, a Colorado Limited Liability Company,

    Defendants.

---

**ORDER PERMANENTLY ENJOINING DEFENDANTS
RETHINK THE INK, LLC AND BARELASER, LLC**

---

This matter comes before the Court upon the Stipulation and Joint Motion for Approval of Stipulation to Approve Consent Order and Resolve Case with Regard to BareLaser, LLC and Rethink the Inc., [sic] LLC [Docket No. 56], filed by Electrology Laboratory, Inc., BareLaser, LLC and Rethink the Ink, LLC. The Court has reviewed the pleading and is fully advised in the premises.

Accordingly, it is

**ORDERED** that the caption in this case shall be amended to reflect the correct spelling of the name of defendant Rethink the Ink, LLC (as opposed to "Rethink the Inc., LLC"). It is further

**ORDERED** that the Stipulation and Joint Motion for Approval of Stipulation to Approve Consent Order and Resolve Case with Regard to BareLaser, LLC and Rethink the Inc., [sic] LLC [Docket No. 56] is **GRANTED**. It is further

**ORDERED** that, pursuant to 15 U.S.C. § 1116, defendants Rethink the Ink, LLC and BareLaser, LLC, and each of their respective officers, agents, servants, employees, and attorneys, and those persons or entities in active concert with these defendants, shall be permanently enjoined from using the trademarks "ROCKY MOUNTAIN LASER COLLEGE," "RMLC," and "CLS" (collectively "Marks") in the advertising or sale of educational and laser treatment services other than to identify that employees of Rethink the Ink, LLC and BareLaser, LLC have attended Electrology Laboratory, Inc. or have received the degree of Certified Laser Specialist from Electrology Laboratory, Inc. It is further

**ORDERED** that Rethink the Ink, LLC and BareLaser, LLC shall be permanently enjoined from using, in any manner, any service mark, trademark, trade name, trade dress, words, numbers, abbreviations, designs, colors, arrangements, collocations or any combination thereof which would imitate, resemble, or suggest the Marks other than to identify employees of Rethink the Ink, LLC and BareLaser, LLC that have attended Electrology Laboratory, Inc. or have received Certified Laser Specialist certification. It is further

**ORDERED** that Rethink the Ink, LLC and BareLaser, LLC shall be permanently enjoined from using the slogans "world's oldest and most prestigious laser college," "poly facial," "rediscover your youth" and "providing quality service with honest, sincere

and expected results – since 1948" and using promotional photographs, testimonials, and marketing materials belonging to Electrology Laboratory, Inc.  It is further

**ORDERED** that Rethink the Ink, LLC and BareLaser, LLC shall be permanently enjoined from operating the following websites: laserlaser.com, no-wrinkle.com, no-hair.com, no-vein.com, polyfacial.com, laser-college.com, yes-hair.com, laser-white.com, and no-tattoo.com.  It is further

**ORDERED** that Rethink the Ink, LLC and BareLaser, LLC shall be permanently enjoined from allowing Lorenzo Paul Kunze a/k/a Lorenzo Kunze and Lorenzo Blackstone Kunze, M.E. d/b/a American Laser College and The Laser College, Larry Paul Kunze, Jr. a/k/a Lorenzo Kunze, Jr. (collectively the "Kunzes") and Rock Creek Laser & Esthetics Institute ("Rock Creek") and their officers, directors, shareholders, managing agents, and those persons in active concert with the Kunzes and Rock Creek from teaching laser related educational courses – including laser hair removal, laser tattoo removal, and esthetic use of lasers such as skin rejuvenation – from any facility directly or indirectly under the control of Rethink the Ink, LLC and BareLaser, LLC.  It is further

**ORDERED** that Rethink the Ink, LLC and BareLaser, LLC shall be permanently enjoined from teaching laser and laser related educational courses including laser hair removal, laser tattoo removal, and esthetic uses of lasers such as skin rejuvenation with materials obtained directly or indirectly from Electrology Laboratory, Inc.  Such prohibition on teaching laser and laser related educational courses does not preclude either Rethink the Ink, LLC or BareLaser, LLC in the performance of laser services for customers, from consulting materials that employees of Rethink the Ink, LLC and

3

BareLaser, LLC, who have been students at Electrology Laboratory, Inc. obtained as part of their course work at Electrology Laboratory Inc.  It is further

**ORDERED** that Rethink the Ink, LLC and BareLaser, LLC shall be permanently enjoined from using Electrology Laboratory Inc.'s student list and client data base to solicit students or clients if in the future they come into possession of Electrology Laboratory Inc.'s student list and customer data base.  It is further

**ORDERED** that the Joint Motion for Expedited Ruling on Motion to Approve Consent Order and Resolve Case with Regard to Barelaser, LLC and Rethink the Inc., [sic] LLC [Docket No. 75] is **DENIED** as moot.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted by plaintiff against defendants Rethink the Ink, LLC and BareLaser, LLC are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED November 15, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge