**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 11-cv-01907-PAB-KMT          FTR - Courtroom C-201

**Date:** May 15, 2012                              Deputy Clerk, Nick Richards

ELECTROLOGY LABORATORY, INC., d/b/a          Harold R. Bruno, III
ROCKY MOUNTAIN LASER COLLEGE, a
Colorado corporation,
RAY FLUKEN,
JODY RIGGS FLUKEN, and
JESSICA RIGGS,

        Plaintiffs,

v.

LARRY PAUL KUNZE a/k/a LORENZO KUNZE          Peter Bron Goldstein
and LORENZO BLACKSTONE KUNZE, M.E.,          E. Rick Watrous
d/b/a AMERICAN LASER COLLEGE and THE          John F. Reha
LASER COLLEGE,
LARRY PAUL KUNZE, JR., a/k/a LORENZO
KUNZE JR..,
ROCK CREEK LASER & ESTHETICS
INSTITUTE, a delinquent Colorado corporation,
BARELASER, LLC, a Colorado limited liability
company, and
RETHINK THE INC., LLC, a Colorado limited
liability company,

        Defendants and Third-Party
        Plaintiffs,

v.

RAY FLUKEN,
JODY RIGGS FLUKEN, and
JESSICA RIGGS,

        Third-Party Defendants.

---

## COURTROOM MINUTES / MINUTE ORDER

---

**MOTION HEARING**
**Court in session: 1:37 p.m.**
Court calls case.  Appearances of counsel. Plaintiff Ray Fluken present with counsel.

Motion Hearing is called regarding Defendants and Third-Party Plaintiffs' Motion to Compel Plaintiff and Third-Party Defendants to Make Disclosures or Cooperate in Discovery [Doc. No. 114, filed March 19, 2012], Defendants and Third-Party Plaintiffs' Motion to Extend Discovery Deadlines [Doc. No. 117, filed March 28, 2012], and ELI Parties' Motion for Protective Order [Doc. No. 124, filed April 4, 2012].

Discussion regarding required changes to protective order.

Oral argument from plaintiff.
Oral argument from defendant.

It is **ORDERED**:     Defendants and Third-Party Plaintiffs' Motion to Compel [114] is **GRANTED**. Documents from ABC Bank will be produced pursuant to the protective order and designated as "Confidential" within 10 days of this hearing, or May 25, 2012. ABC Bank may bill for copies at .50 per page.

The parties agree to share equally in the costs of the copy work provided by ABC Bank.

It is **ORDERED**:     ELI Parties' Motion for Protective Order [124] is **DENIED**. Changes to a previously proposed Protective Order [Doc. No. 101-1, filed March 9, 2012] are discussed on the record, and a protective order with the amendments discussed will be entered.

It is **ORDERED**:     Defendants and Third-Party Plaintiffs' Motion to Extend Discovery Deadlines [117] is **GRANTED**. The current discovery deadline of May 31, 2012, the dispositive motion deadline of July 2, 2012, and the Final Pretrial Conference set for August 21, 2012 at 9:45 are **VACATED**. The above deadlines are reset to the following dates and times:

Discovery cut-off: July 31, 2012
Dispositive motion deadline: August 31, 2012
Final Pretrial Conference: October 31, 2012 at 9:45 a.m.

Discussion regarding Defendants and Third-Party Plaintiffs' Motion to Compel Mediation

[Doc. No. 129, filed April 6, 2012].

It is **ORDERED**:      The parties shall file a supplement to Motion to Compel Mediation
                        [129] on or before May 22, 2012.

**Court in Recess: 2:41 p.m.**
Hearing concluded.
Total In-Court Time     01:04

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.