IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01907-PAB-KMT

ELECTROLOGY LABORATORY, INC., d/b/a Rocky Mountain Laser College, a Colorado corporation,
RAY FLUKEN,
JODY RIGGS FLUKEN, and
JESSICA RIGGS,

    Plaintiffs,

v.

LARRY PAUL KUNZE a/k/a Lorenzo Kunze and Lorenzo Blackstone Kunze, M.E., d/b/a American Laser College and The Laser College,
LARRY PAUL KUNZE, JR., a/k/a Lorenzo Kunze, Jr., and
ROCK CREEK LASER & ESTHETICS INSTITUTE, a delinquent Colorado corporation,

    Defendants,

v.

RAY FLUKEN,
JODY RIGGS FLUKEN, and
JESSICA RIGGS,

    Third-Party Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on Defendants and Third-Party Plaintiffs' Motion to Compel Mediation [Docket No. 129]. It appears that plaintiff is not interested in participating in alternative dispute resolution at this time. Therefore, court involvement would not be productive. As a result, Defendants and Third-Party Plaintiffs' Motion to Compel Mediation [Docket No. 129] is denied.

    DATED May 25, 2012.