IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01907-PAB-KMT

ELECTROLOGY LABORATORY, INC., d/b/a Rocky Mountain Laser College, a Colorado corporation,
RAY FLUKEN,
JODY RIGGS FLUKEN, and
JESSICA RIGGS,

     Plaintiffs,

v.

LARRY PAUL KUNZE a/k/a Lorenzo Kunze and Lorenzo Blackstone Kunze, M.E., d/b/a American Laser College and The Laser College,
LARRY PAUL KUNZE, JR., a/k/a Lorenzo Kunze, Jr., and
ROCK CREEK LASER & ESTHETICS INSTITUTE, a delinquent Colorado corporation,

     Defendants,

v.

RAY FLUKEN,
JODY RIGGS FLUKEN, and
JESSICA RIGGS,

     Third-Party Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT ROCK CREEK LASER & ESTHETICS INSTITUTE**
_____

     This matter comes before the Court on the Joint Motion for Order of Dismissal With Prejudice of All Claims Against Defendant Rock Creek Laser & Esthetics Institute [Docket No. 156]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the Joint Motion for Order of Dismissal With Prejudice of All Claims Against Defendant Rock Creek Laser & Esthetics Institute [Docket No. 156] is GRANTED. It is further

ORDERED that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendant Rock Creek Laser & Esthetics Institute are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED October 22, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge