**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Case No. 11-cv-01907-RM-KMT

ELECTROLOGY LABORATORY, INC., d/b/a ROCKY MOUNTAIN LASER COLLEGE, a Colorado corporation,
RAY FLUKEN,
JODY RIGGS FLUKEN, and
JESSICA RIGGS,

    Plaintiffs,

v.

LARRY PAUL KUNZE a/k/a LORENZO KUNZE AND LORENZO BLACKSTONE KUNZE, M.E., d/b/a AMERICAN LASER COLLEGE AND THE LASER COLLEGE, and
LARRY PAUL KUNZE, JR., a/k/a LORENZO KUNZE JR.,

    Defendants and Third-Party Plaintiffs,

v.

RAY FLUKEN,
JODY RIGGS FLUKEN, and
JESSICA RIGGS,

    Third-Party Defendants.

---

## ORDER
---

THIS MATTER comes before the Court on Plaintiffs' Motion to Lift Stipulated Stay and to Set Pretrial Conference ("Motion to Lift") (ECF No. 199). Upon consideration of the Motion to Lift, Defendants/Third-Party Plaintiffs' Response, the Court file, and being otherwise fully advised, it is ORDERED that

    1. The Motion to Lift (ECF No. 199) is GRANTED and the stay entered by Minute Order dated March 29, 2013 (ECF No. 183) is hereby lifted;

2. On or before May 30, 2014, the parties shall jointly call Chambers at 303-335-2784 to reset a trial preparation conference and a five-day bench trial;

3. Defendants/Third-Party Plaintiffs' request to refile their withdrawn Combined Motion for Summary Judgment (ECF No. 151) is granted and the Clerk of the Court is hereby directed to refile the following documents, in the following order: Combined Motion for Summary Judgment (ECF No. 151); Plaintiffs' Opposition (ECF No. 152); Reply (ECF No. 159); and Surreply (ECF No. 160-1);

4. Rethink the Ink, LLC's ("RTI") Motion for Leave to file Surreply (ECF No. 185) is GRANTED and RTI may file a surreply within ten days of the date of this Order, limited to five pages excluding the certificate of service; and

5. Plaintiff/Third-Party Defendants' Motion for Extension of Time to Seek to Lift Stay (ECF No. 195) is denied as moot.

DATED this 22nd day of May, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge