# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 11-cv-01907-RM-KMT

ELECTROLOGY LABORATORY, INC.
d/b/a ROCKY MOUNTAIN LASER COLLEGE
a Colorado corporation, et al.,

       Plaintiffs,

v.

LARRY PAUL KUNZE a/k/a LORENZO KUNZE and
LORENZO BLACKSTONE KUNZE, M.E.
d/b/a AMERICAN LASER COLLEGE and
THE LASER COLLEGE, and LARRY PAUL KUNZE, JR.
a/k/a LORENZO KUNZE, JR.,

       Defendants and Third-party Plaintiffs.

v.

RAY FLUKEN, et al.,

       Third-party Defendants and Counterclaimants

---

## ORDER

---

THE COURT, being duly advised, hereby orders, adjudges and decrees the following:

1.      The Stipulation and Joint Motion to Approve Stipulation Regarding Interest Calculation (ECF No. 48) filed by the parties is granted.

2.      The amount owed on the December 22, 2009 promissory note (the "Note") as of March 14, 2016 is $81,214.17.

DATED this 4th day of April, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge